JAP:JGH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

TAMIKA HENDRICKS,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X



C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    BRENTON M. EASTER, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

    On or about June 20, 2017, within the Eastern District of New York and elsewhere, the defendant TAMIKA HENDRICKS did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

    (Title 21, United States Code, Sections 952(a) and 960).

    The source of your deponent's information and belief are as follows:[1]

    1.    On June 20, 2017, the defendant TAMIKA HENDRICKS arrived at John F. Kennedy International Airport ("JFK") in Queens, New York, aboard Caribbean Airlines flight 17, from Kingston, Jamaica.

---

[1]    Because the purpose of this Complaint is to state only probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

2. Upon her arrival at JFK, the defendant TAMIKA HENDRICKS was selected for an enforcement examination by United States Customs and Border Protection ("CBP") officers. The defendant presented two suitcases for inspection. The defendant stated that the suitcases belonged to her and that she had not been given anything to carry into the United States.

3. During the examination CBP officers examined the suitcases and determined that one of suitcases' rails did not sound hollow when tapped. Further examination of this suitcase revealed a white powdery substance secreted inside the rails of the suitcase. The white powdery substance field-tested positive for cocaine. A total gross weight of approximately 1,700 grams of cocaine was seized from the suitcase.

WHEREFORE, your deponent respectfully requests that the defendant TAMIKA HENDRICKS be dealt with according to law.

Dated: Brooklyn, New York
June 20, 2017

_____
Brenton M. Easter
Special Agent
United States Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
20th day of June, 2017

_____
THE HONORABLE MARILYN D. GO
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK