

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 13, 2018

By ECF
The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Tamika Hendricks
                Criminal Docket No. 17-CR-00648 (RRM)

Dear Judge Mauskopf:

The government respectfully submits this letter in advance of the defendant Tamika Hendrick's sentencing, which is scheduled for April 24, 2018 at 3:00 p.m. The government agrees with the findings included in the defendant's presentence investigation report ("PSR") prepared by the United States Probation Department ("Probation"). The government respectfully requests that the Court impose an appropriate sentence based on all the facts and circumstances of the case and of this particular defendant.

**I.    Facts**

The details of the defendant's crime are set forth in the PSR. See PSR ¶¶ 3-5. In sum, on June 20, 2017, law enforcement officers caught the defendant bringing a suitcase containing approximately 950 grams of cocaine into the United States from Jamaica. The investigation into this case revealed no information indicating that the defendant played any role other than that of a low-level courier whose job was to take the risk of transporting cocaine into the country in exchange for payment. The defendant was, in short, a drug courier.

The defendant pleaded guilty on December 15, 2017 to Count One of an indictment charging her with the importation of cocaine into the United States, in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(2)(B)(ii). The defendant was released on bond and has been out on bail without incident pending resolution of this case.

**II.    Guidelines Calculation**

The U.S. Probation Department has calculated Hendricks's Guidelines range as follows:

| | |
|---|---:|
| Base Offense Level (§§ 2D1.1(a)(5), 2D1.1(c)(8)) | 24 |
| Minus: Safety-Valve Reduction (§2D1.1(b)(17)) | -2 |
| Minus: Minimal Participant Role (§ 3B1.2(a)) | -4 |
| Minus: Acceptance of Responsibility (§ 3E1.1(a) & (b)) | -3 |
| Total: | 17[1] |

See PSR ¶¶ 10-20. The government agrees with Probation's Guidelines calculation. Accordingly, based upon a total Offense Level of 17 and Criminal History Category I, the applicable Guidelines range for the defendant is 24-30 months' imprisonment. Probation has also recommended a downward departure from the Guidelines range. The Government does not dispute any of the factual findings regarding the defendant set forth in the PSR and in Probation's sentencing recommendation to the Court.

## IV. Conclusion

The government respectfully requests that the Court impose a sentence that is sufficient but not greater than necessary to accomplish the goals sentencing, and which takes account of all of the sentencing factors set forth in Title 18, United States Code, Section 3553(a).

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Josh Hafetz
Josh Hafetz
Assistant U.S. Attorney
(718) 254-6290

cc: Kannan Sundaram, Esq. (counsel to defendant) (by E-mail and ECF)
U.S. Probation (by E-mail)
Clerk of Court (RRM) (by ECF)

---

[1] Per USSG §5C1.2(b), where a defendant meets the "safety-valve" criteria and has a statutory minimum term of incarceration of at least five-years custody, the offense level shall be not less than 17.